FILED

FEB 20 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) <br> ) **1 : 25 CR 00066** |
| v. | ) CASE NO. _____ |
| | ) Title 18, United States Code, |
| ALANDO ROACH, | ) Sections 922(g)(5) and 924(a)(8) |
| Defendant. | ) **JUDGE RUIZ** |

COUNT 1
(Unlawful Alien in Possession of a Firearm, 18 U.S.C. §§ 922(g)(5) and 924(a)(8))

The Grand Jury charges:

1. On or about February 14, 2025, in the Northern District of Ohio, Eastern Division, Defendant ALANDO ROACH, who, being an alien illegally or unlawfully in the United States, did knowingly possess in and affecting interstate commerce a firearm, to wit: a Beretta PX4 Storm, 9mm handgun, serial number PX44912, said firearm having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(5) and 924(a)(8).

FORFEITURE

The Grand Jury further charges:

2. The allegations of Count 1 are hereby realleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d)(1); and Title 28, United States Code, Section 2461(c). As a result of the foregoing offenses, Defendant ALANDO ROACH shall forfeit to the United States any and all firearms

and ammunition involved in or used in the commission of the violation charged in Count 1; including, but not limited to, the following: a Beretta PX4 Storm, 9mm handgun, serial number PX44912.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.